UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUDITH GODINEZ, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ALERE INC., *et al.*,

Defendants.

Civil Action No. 1:16-cv-10766-PBS

## ASSENTED-TO MOTION BY PLAINTIFFS FOR LEAVE TO AMEND AND SUPPLEMENT THE CONSOLIDATED CLASS ACTION COMPLAINT AND TO MODIFY THE BRIEFING SCHEDULE

Lead Plaintiff The Glazer Funds and Plaintiffs OFI Asset Management and NECA IBEW Pension Trust Fund hereby respectfully move this Court for an Order, pursuant to Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure (i) allowing Plaintiffs to file a Supplemental and Amended Consolidated Complaint; and (ii) modifying the briefing scheduling accordingly. In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, Declaration of Jeffrey S. Abraham, and the exhibits annexed thereto, and all other papers and proceedings herein.

1/3/17

Allowed with respect to the motion to amend and supplement and the new proposed briefing schedule.

Patti B Saris