UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH GODINEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br>v.<br><br>ALERE INC., *et al.*,<br><br>  Defendants. | Civil Action No. 1:16-cv-10766 (PBS) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 4, 2018 Order (ECF No. 247), which granted the parties' Joint Motion to Stay Proceedings (ECF No. 246), and further pursuant to the Parties' November 1, 2018 Joint Status Report (ECF No. 251), the parties hereby report to the Court regarding the status of their efforts to finalize the settlement papers.

Since filing their last Joint Status Report, the parties have made significant further progress toward finalizing the settlement papers, are actively engaged in cooperative and productive telephonic and e-mail discussions, and have exchanged further revised drafts of a stipulation of settlement, notice of settlement, short form notice of settlement, proposed order preliminarily approving the settlement, and proposed judgment.

After the parties enter a definitive stipulation of settlement, Lead Plaintiffs will promptly move for preliminary approval of the settlement and certification of a class for settlement purposes only. If the motion for preliminary approval of the parties' proposed settlement is not filed by January 3, 2019, the parties will file a joint status report no later than that date, updating the Court on the status of their drafting efforts.

Dated: November 29, 2018              Respectfully submitted,

*/s/ Adam M. Stewart*
Adam M. Stewart (BBO#661090)
astewart@shulaw.com
Edward F. Haber (BBO#215620)
ehaber@shulaw.com
**SHAPIRO HABER & URMY LLP**
Seaport East
Two Seaport Lane
Boston, MA  02210
(617) 439-3939

*Plaintiffs' Liaison Counsel*

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jeffrey S. Abraham (admitted *pro hac vice*)
jabraham@aftlaw.com
Lawrence D. Levit (admitted *pro hac vice*)
llevit@aftlaw.com
Todd Kammerman (admitted *pro hac vice*)
tkammerman@aftlaw.com
One Penn Plaza, Suite 2805
New York, New York 10119
(212) 279-5050
(212) 279-3655 (fax)


**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci (admitted *pro hac vice*)
vcappucci@entwistle-law.com
Brendan J. Brodeur (BBO#675353)
bbrodeur@entwistle-law.com
Andrew M. Sher (admitted *pro hac vice*)
asher@entwistle-law.com
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Fax: (212) 894-7272

*Plaintiffs' Co-Lead Counsel*

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach (BBO # 628243)
Katherine McKenney (BBO # 660621)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.:  617.570.1000
Fax:  617.523.1231
dbirnbach@goodwinprocter.com
kmckenney@goodwinprocter.com


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Richard A. Rosen (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3000
Fax:  (212) 757-3990
rrosen@paulweiss.com

Jane B. O'Brien (admitted *pro hac vice*)
2001 K Street, NW
Washington, DC 20006-1047
Tel:  (202) 223-7300
Fax:  (202) 223-7420
jobrien@paulweiss.com

*Attorneys for Defendants Alere Inc., Namal Nawana and James F. Hinrichs*


## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this November 29, 2018.

*/s/ Adam M. Stewart*
Adam M. Stewart