UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH GODINEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                                     Plaintiffs,<br>      v.<br><br>ALERE INC., *et al.*,<br><br>                                     Defendants. | Civil Action No. 1:16-cv-10766 (PBS) |

## LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND COMPENSATORY AWARD FOR LEAD PLAINTIFFS

Court-appointed co-Lead Counsel Abraham, Fruchter & Twersky, LLP and Entwistle & Cappucci LLP[1] hereby move this Court for entry of an Order awarding Lead Counsel twenty-eight percent (28%) of the $20,000,000 cash constituting the Settlement Amount,[2] awarding Lead Counsel their expenses incurred in the prosecution of this action, and compensating Lead Plaintiffs Glazer and OFI for their service to the Class.[3] The grounds for this motion are set forth in the contemporaneously filed memorandum of law.

WHEREFORE, Lead Counsel respectfully request that the Court award Lead Counsel, collectively, $5,600,000 in attorneys' fees, award Lead Counsel $792,081.56 in litigation expenses, and award each of Glazer and OFI $30,000, to be paid out of the Settlement Fund.

---

[1] Pursuant to the Court's order preliminarily approving the Settlement (ECF No. 265), Lead Counsel serve as Class Counsel for the Settlement Class.

[2] Capitalized terms used herein and not otherwise defined herein have the meanings provided in the Stipulation (ECF 256).

[3] Glazer and OFI have been appointed representatives of the Settlement Class. (ECF No. 265.)

Dated:  May 2, 2019					Respectfully submitted,

/s/ Adam M. Stewart
Adam M. Stewart (BBO#661090)
astewart@shulaw.com
Edward F. Haber (BBO#215620)
ehaber@shulaw.com
**SHAPIRO HABER & URMY LLP**
Seaport East
Two Seaport Lane
Boston, MA 02210
(617) 439-3939

*Plaintiffs' Liaison Counsel*

| **ABRAHAM, FRUCHTER & TWERSKY, LLP** | **ENTWISTLE & CAPPUCCI LLP** |
|---|---|
| Jeffrey S. Abraham (admitted *pro hac vice*) | Vincent R. Cappucci (admitted *pro hac vice*) |
| jabraham@aftlaw.com | vcappucci@entwistle-law.com |
| Lawrence D. Levit (admitted *pro hac vice*) | Robert N. Cappucci (admitted *pro hac vice*) |
| llevit@aftlaw.com | rcappucci@entwistle-law.com |
| Todd Kammerman (admitted *pro hac vice*) | Brendan J. Brodeur (BBO#675353) |
| tkammerman@aftlaw.com | bbrodeur@entwistle-law.com |
| One Penn Plaza, Suite 2805 | 299 Park Avenue, 20th Floor |
| New York, New York 10119 | New York, NY 10171 |
| Telephone: (212) 279-5050 | Telephone: (212) 894-7200 |
| Facsimile (212) 279-3655 | Facsimile: (212) 894-7272 |

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this second day of May 2019.

/s/ Adam M. Stewart
Adam M. Stewart